UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

SMALL BUSINESS ADMINSTRATION, an
Agency of the UNITED STATES OF AMERICA,

Plaintiff,

v.

SOUTH FLORIDA BARBEQUE OF EUSTIS,
INC., a Florida corporation, and DALE P.
COYNE, individually,

Defendants.

_____/

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

PLAINTIFF, SMALL BUSINESS ADMINSTRATION, an agency of the UNITED STATES OF AMERICA ("SBA"), by and through its undersigned counsel, sues Defendants SOUTH FLORIDA BARBEQUE OF EUSTIS, INC. ("BBQ"), a Florida corporation and DALE P. COYNE, individually, and states as follows:

## JURISDICTION AND VENUE

1. **Jurisdiction:** This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1345.

2. Plaintiff, SBA, an agency of the UNITED STATES OF AMERICA, is the holder of the promissory note and guaranty which are the subject of this action.

3. Defendant BBQ is a Florida corporation with a principal place of business in Martin

1

27532771.v1

County, Florida, within the jurisdiction of this court.

4.      Defendant DALE P. COYNE is a resident of Martin County, Florida and is sui juris.

5.      **Venue:** Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants reside in this District.

## STATEMENT OF CLAIM

6.      Defendant DALE P. COYNE, individually and on behalf of BBQ executed a promissory note and guaranty dated April 23, 2020, in the amount of $173,855.00, payable to First Midwest Bank. See Exhibit "A"

7.      SBA is the holder of the promissory note and guaranty.

8.      Defendants failed to make payment when due; Plaintiff exercised its right to collect.

9.      The amount owed by the Defendants as of August 12, 2025, including interest, is $238,874.26, plus costs and attorney fees. Interest accrues at 1.0% per annum and daily penalties accrue at $4.76.

10.     Plaintiff demanded payment from the Defendants, but payment has not been made.

11.     Plaintiff retained the undersigned counsel and is required to pay said counsel a fee for his services.

WHEREFORE, Plaintiff, SMALL BUSINESS ADMINISTRATION, an agency of the UNITED STATES OF AMERICA, prays for judgment:

A.      For the sums set forth in paragraph 9 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. § 1961 until paid in full;

2

LAW OFFICES
BECKER & POLIAKOFF, P.A.
2525 PONCE DE LEON BLVD., SUITE 825 – CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

27532771.v1

B.      For attorneys' fees to the extent allowed by law; and,

C.      For such other relief which the Court deems proper.

DATED this 8th day of September, 2025.

Respectfully submitted,

By: /*Steven M. Davis*/
Steven M. Davis, (Florida Bar No. 894249)
Email: Sdavis@Beckerlawyers.com
Becker & Poliakoff, P.A.
2525 Ponce De Leon Blvd., Suite 825
Coral Gables, Florida 33134
305/262-4433 (Telephone)
305/442-2232 (Facsimile)
*Attorneys for Plaintiff United States of America*

3

27532771.v1

4

27532771.v1