IN THE UNITED STATES DISTRICT COURT JUDICIAL CIRCUIT
IN AND FOR SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:25-CV-14326-DMM

SMALL BUSINESS ADMINISTRATION, AN AGENCY
OF THE UNITED STATES OF AMERICA

     Plaintiff,

vs.

SOUTH FLORIDA BARBEQUE OF EUSTIS, INC., et. al.,

     Defendants.

_____/

### NOTICE OF APPEARANCE AS LEAD COUNSEL
### AND NOTICE OF DESIGNATION OF PRIMARY EMAIL ADDRESS

The undersigned hereby gives Notice of Appearance as counsel of record for SMALL BUSINESS ADMINISTRATION, AN AGENCY OF THE UNITED STATES OF AMERICA, the Plaintiff in the above-captioned case.

Steven M. Davis, Esq. and Steven M. Davis, P.A. hereby designate their Primary e-mail address and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served at the Primary E-mail address listed below:

    **Primary email address: steve@sdavislawyers.com**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing have been efiled and served via CM/ECF on December 22, 2025 to all registered parties.

Steven M. Davis
Steven M. Davis, P.A.
13611 S. Dixie Highway, Unit 407
Miami, Fl. 33176
steve@sdavislawyers.com
(786) 505-9996

By: _____
    Steven M. Davis
    Florida Bar # 894249